# Exhibit A

US0D1039104S

# (12) United States Design Patent
## Xiao

(10) Patent No.: **US D1,039,104 S**
(45) Date of Patent: ✱✱ **Aug. 13, 2024**

(54) **LASER BORESIGHTER**

(71) Applicant: **Ningbo Jiuli CNC Machinery Co., Ltd**, Ningbo (CN)

(72) Inventor: **Xin An Xiao**, Ningbo (CN)

(73) Assignee: **Ningbo Jiuli CNC Machinery Co., Ltd**

(✱✱) Term: **15 Years**

(21) Appl. No.: **29/895,031**

(22) Filed: **Jun. 16, 2023**

(51) **LOC (14) Cl.** .............................................. 22-01
(52) **U.S. Cl.**
 USPC ........................................ **D22/108**
(58) **Field of Classification Search**
 USPC .................................. D22/108–110; D13/133
 CPC ... F41G 1/54; F41G 1/473; F41G 3/26; F41G 3/2644; F41G 3/2655; F41G 7/263
 See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D322,833 S | * | 12/1991 | Martin | D22/108 |
| D329,223 S | * | 9/1992 | Lee | D13/133 |
| 7,316,588 B1 | * | 1/2008 | Rogers | H01R 24/58 |
| | | | | 439/669 |
| D589,580 S | | 3/2009 | Chia-Chun | |
| D637,258 S | | 5/2011 | Bengtsson | |
| D666,269 S | * | 8/2012 | Heath | D22/108 |
| D764,007 S | | 8/2016 | Horton | |
| D766,396 S | * | 9/2016 | Scull | D22/108 |
| D807,462 S | | 1/2018 | Larsson | |
| D840,489 S | * | 2/2019 | Greenwood | D22/115 |
| D841,108 S | * | 2/2019 | Greenwood | D22/115 |
| D844,093 S | | 3/2019 | Shelton | |
| D888,866 S | * | 6/2020 | Kitts | D22/107 |
| D927,632 S | | 8/2021 | Li | |
| D927,633 S | * | 8/2021 | Li | D22/108 |
| D969,956 S | * | 11/2022 | Morgan | D22/108 |
| D969,957 S | * | 11/2022 | Morgan | D22/108 |
| D973,827 S | | 12/2022 | Miller | |
| D974,518 S | | 1/2023 | Gurynovich | |
| 2006/0030219 A1 | * | 2/2006 | Huang | H01R 24/58 |
| | | | | 439/669 |
| 2011/0111374 A1 | * | 5/2011 | Charles | F41A 33/06 |
| | | | | 434/19 |

OTHER PUBLICATIONS

Bootlit, posted Aug. 14, 2022 [online], [retrieved Nov. 29, 2023]. Retrieved from internet, https://www.amazon.com/BOOLIT-EYE-22LR-Boresighter-Accurately/dp/B0BFLTGXF3/ref=sr_1_12?crid= (Date:2023) (Year: 2022).*

(Continued)

*Primary Examiner* — Holly E Thurman
*Assistant Examiner* — Kristopher Michael Blechschmidt
(74) *Attorney, Agent, or Firm* — Jose Cherson Weissbrot

(57) **CLAIM**

The ornamental design for a laser boresighter, as shown and described.

**DESCRIPTION**

FIG. **1** is a top perspective view of a laser boresighter showing my new design;
FIG. **2** is a bottom perspective view thereof;
FIG. **3** is a front elevation view thereof, the rear elevation view, the left side elevation view and the right side elevation view are identical; and,
FIG. **4** is a top elevation view thereof.
The broken lines in the figures depict portions of the laser boresighter that form no part of the claimed design.

**1 Claim, 4 Drawing Sheets**



(56) **References Cited**

OTHER PUBLICATIONS

Tipfun, posted Mar. 21, 2023 [online], [retrieved Nov. 29, 2023]. Retrieved from internet, https://www.amazon.com/Tipfun-Barrel-Boresighter-Revolvers-Pistols/dp/B0C37M3B4Y/ref=sr_1_3 (Date:2023) (Year: 2023).*
Surestrike, posted Oct. 9, 2014 [online], [retrieved Nov. 29, 2023]. Retrieved from internet, https://www.youtube.com/watch?v=tnaXVNfWE0A (Date:2023) (Year: 2014).*
45ACP, posted Nov. 26, 2016 [online], [retrieved Nov. 29, 2023]. Retrieved from internet, https://www.amazon.com/Laser-Ammo-45ACP-adapter-SSADK/dp/B01M2ZZCSF(Date:2023) (Year: 2016).*
Boolit Eye Special Laser Boresighter End Barrel Laser Bore Sight Accurately and Easy to Fit Revolvers Pistols Rifle and Air Guns, amazon.com, Aug. 14, 2022, Boolit Eye, https://www.amazon.com/BOOLIT-EYE-22LR-Boresighter-Accurately/dp/B0BFLTGXF3/ref=sr_1_1?m=A2WNJ9WFTZANNU&marketplaceID=ATVPDKIKX0DER&qid=1686104081&s=merchant-items&sr=1-1&th=1, (Last accessed : Jun. 15, 2023).

* cited by examiner



FIG.1



FIG.2



FIG.3



*FIG.4*