**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| Ningbo Jiuli CNC Machinery Co., Ltd., | ) | |
| | ) | Case No. 1:25-cv-1809-ADA |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge: Honorable Alan D. Albright |
| | ) | |
| The Partnerships and | ) | |
| Unincorporated Associations | ) | |
| Identified on Schedule A, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff Ningbo Jiuli CNC Machinery Co., Ltd. ("Plaintiff") hereby notifies this Court that the Plaintiff voluntarily dismisses without prejudice any and all claims against the defendants identified in Schedule A to the Complaint as **Defendants #1** and **#7.**

Dated: November 21, 2025

Respectfully Submitted,

*/s/     Joseph P. Hooper*
Joseph P. Hooper, W.D.Tex #77011
**AVEK IP, LLC**
7285 W. 132nd Street, Suite 340
Overland Park, KS 66213
Phone: 913-499-1284
jhooper@avekip.com
*Attorney for Plaintiff*