UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Ningbo Jiuli CNC Machinery Co., Ltd., | ) |
|     Plaintiff, | ) Case No. 25-cv-1809-ADA |
|     v. | ) Honorable Alan D. Albright |
| The Partnerships and Unincorporated Associations Identified on Schedule A, | ) JURY TRIAL DEMANDED |
|     Defendants. | ) |

### PLAINTIFF'S MOTION TO UNSEAL DOCUMENTS

Pursuant to Local Rule CV-5.2, Plaintiff Ningbo Jiuli Machinery Co., Ltd. ("Jiuli") hereby moves this Court to unseal the following documents, which were submitted to the Western District of Texas sealed document portal in relation to Plaintiff's Motion for Leave to File Certain Documents Under Seal, Doc. [8]:

- Schedule A to Plaintiff's Verified Complaint;
- Schedule A-1 to Plaintiff's Verified Complaint;
- Schedule A-2 to Plaintiff's Verified Complaint.

The Court previously denied Plaintiff's Motion [8], holding that Plaintiff's interest in maintaining the above-listed documents under seal was outweighed by the public's right of access to judicial records. *See* Text Order DENYING [8] Motion for Leave to File Sealed Document. In the time since, Plaintiff understands that these documents have been held under seal by the Clerk of the Court pending further instruction from the Court.

Through this Motion, Plaintiff seeks to unseal these documents for the purposes of publicly naming Defendants and timely and efficiently moving this case forward. Accordingly, Plaintiff

respectfully requests that the Court grant the instant Motion and instruct the Clerk of the Court to unseal the above-listed documents and place them on the public docket.

DATED:  January 6, 2026                                         Respectfully submitted,

/s/ *Joseph Hooper*
Joseph Hooper, WDTX #77011
**AVEK IP, LLC**
7285 W. 132nd Street, Suite 340
Overland Park, KS 66213
Phone: (913) 499-1284
Fax:    (913) 549-4646
Email: jhooper@avekip.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

The Undersigned hereby certifies that on this 6th day of January, 2026, a true and correct copy of the foregoing was electronically filed with the United States District Court for the Western District of Texas and electronically served upon all parties having filed an appearance in this matter by operation of the Court's CM/ECF system.

Dated: January 6, 2026                                                                                  Respectfully Submitted,

                                                                                                                  /s/ *Joseph Hooper*