UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Ningbo Jiuli CNC Machinery Co., Ltd., ) | |
| ) | Case No. 25-cv-1809-ADA |
| Plaintiff, ) | |
| ) | Honorable Alan D. Albright |
| v. ) | |
| ) | |
| The Partnerships and ) | JURY TRIAL DEMANDED |
| Unincorporated Associations ) | |
| Identified on Schedule A, ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING MOTION TO UNSEAL DOCUMENTS**

Before the Court is the Plaintiff's Motion to Unseal Documents, filed by Ningbo Jiuli CNC Machinery Co., Ltd. on January 6, 2026 (Doc. [11]).

Plaintiff filed its Motion for Leave to File Certain Documents Under Seal on November 12, 2025, pursuant to Local Rule CV-5.2. Doc. [8]. Contemporaneously with filing its Motion, Plaintiff submitted the following documents to the sealed document portal pursuant to Western District of Texas SDS procedures:

- Schedule A to Plaintiff's Verified Complaint;
- Schedule A-1 to Plaintiff's Verified Complaint;
- Schedule A-2 to Plaintiff's Verified Complaint.

On November 25, 2025, this Court denied Plaintiff's Motion [8], holding that Plaintiff's interest in maintaining the above-listed documents under seal was outweighed by the public's right of access to judicial records. *See* Text Order DENYING Plaintiff's Motion for Leave to File Sealed Document. These documents have since been held under seal by the Clerk of the Court pending

1

further direction from the Court. Plaintiff now moves to unseal these documents and place them in the public record.

After careful consideration, the Court is of the opinion that unsealing the above-listed documents is in keeping with the public's right of access to judicial records and furthers the goals of the Fifth Circuit.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Unseal Documents is GRANTED. The Clerk of the Court is hereby directed to unseal the above-listed documents and place them on the public docket.

It is so ORDERED.

SIGNED this ___ day of January, 2026.

_____
Alan D. Albright
United States District Judge